

WILMINGTON
RODNEY SQUARE

NEW YORK
ROCKEFELLER CENTER

CHARLOTTE
CARILLON TOWER

**Adam W. Poff**
P 302.571.6642
apoff@ycst.com

November 5, 2024

**VIA CM/ECF & HAND DELIVERY**

The Honorable Christopher J. Burke
United States District Court
  for the District of Delaware
844 North King Street
Wilmington, DE 19801

      Re:    *Inpria Corporation v. Lam Research Corp.*
               C.A. No. 22-1359-CJB

Dear Judge Burke:

      Attached please find the parties' updated Joint Claim Construction Chart along with a redline version reflecting all changes made.

                                                         Respectfully,

                                                          */s/ Adam W. Poff*

                                                          Adam W. Poff (No. 3990)

Enclosure

cc:   All Counsel of Record (via CM/ECF and E-mail)