IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INPRIA CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 22-1359 (CJB) |
| | ) |
| LAM RESEARCH CORP., | ) |
| | ) |
| Defendant. | ) |
| | ) |

**JOINT MOTION TO RESOLVE DISCOVERY DISPUTE**

Pursuant to the Court's March 10, 2025 Oral Order (D.I. 314), Plaintiff Inpria Corporation ("Inpria") and Defendant Lam Research Corp. ("Lam") move for the Court to resolve a discovery dispute between the parties (*see* D.I. 313).

The parties have provided submissions in accordance with the Court's March 10, 2025 Oral Order (D.I. 314): (1) Lam's opening letter brief filed on March 14, 2025 (D.I. 327); (2) Inpria's answering letter brief filed on March 20, 2025 (D.I. 352); and (3) Lam's reply letter brief filed on March 25, 2025 (D.I. 356).

| | |
|---|---|
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| | |
| */s/ Adam W. Poff* | */s/ Rodger D. Smith II* |
| Adam W. Poff (#3990) | Rodger D. Smith II (#3778) |
| Robert M. Vrana (#5666) | Cameron P. Clark (#6647) |
| Rodney Square | 1201 North Market Street |
| 1000 North King Street | P.O. Box 1347 |
| Wilmington, DE 19801 | Wilmington, DE 19899 |
| (302) 571-6600 | (302) 658-9200 |
| apoff@ycst.com | rsmith@morrisnichols.com |
| rvrana@ycst.com | cclark@morrisnichols.com |
| | |
| *Attorneys for Plaintiff Inpria Corporation* | *Attorneys for Defendant Lam Research Corp.* |

March 26, 2025

2

**SO ORDERED** this ___ day of _____ 2025.

_____
                                                                J.