IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| INPRIA CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 22-1359-CJB |
| v. | ) | |
| | ) | |
| LAM RESEARCH CORP., | ) | |
| | ) | |
| Defendant. | ) | |

## **STIPULATION AND [PROPOSED] ORDER AMENDING CERTAIN DEADLINES**

IT IS HEREBY STIPULATED AND AGREED by the parties, through their undersigned counsel and subject to the Court's approval, that certain scheduling deadlines related to expert reports are amended as follows:

| Deadline | Current Date | Amended Date |
|---|---|---|
| Opening Expert Reports | August 4, 2025 | August 18, 2025 |
| Rebuttal Expert Reports | August 29, 2025 | September 12, 2025 |
| Reply Expert Reports | September 17, 2025 | October 1, 2025 |

Dated: August 4, 2025

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

*/s/ Adam W. Poff*
Adam W. Poff (No. 3990)
Robert M. Vrana (No. 5666)
Daniel G. Mackrides (No. 7230)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
apoff@ycst.com
rvrana@ycst.com
dmackrides@ycst.com

*Attorneys for Plaintiff Inpria Corporation*

MORRIS, NICHOLS, ARSHT
& TUNNELL LLP

*/s/ Rodger D. Smith*
Rodger D. Smith II (#3778)
Cameron P. Clark (#6647)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19801
(302) 658-9200
rsmith@morrisnichols.com
cclark@morrisnichols.com

*Attorneys for Defendant Lam Research
Corp.*

SO ORDERED this _____ day of August, 2025.

_____
The Honorable Christopher J. Burke
United States Magistrate Judge