

September 2, 2025

**VIA E-FILING**
The Honorable Christopher J. Burke
J. Caleb Boggs Federal Building
844 N. King Street
Unit 28, Room 2325
Wilmington, DE 19801

    Re:    <u>**Inpria Corporation v. Lam Research Corporation, C.A. No. 22-1359-CJB**</u>

Dear Judge Burke,

    Pursuant to Federal Rule of Appellate Procedure 21(a)(1), The Research Foundation for The State University of New York ("SUNY RF") provides the Court with a copy of SUNY RF's petition for writ of mandamus in this proceeding that was filed today, September 2, 2025, in the United States Court of Appeals for the Federal Circuit.

                               Respectfully submitted,

                               /s/ Brian E. Farnan

                               Brian E. Farnan

cc: Counsel of Record (via E-Filing)