IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INPRIA CORPORATION, | ) |
| Plaintiff, | ) |
| v. | ) C.A. No. 22-1359-CJB |
| LAM RESEARCH CORP., | ) |
| Defendant. | ) |

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITHOUT PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1), it is hereby stipulated that the above-entitled action shall be dismissed without prejudice, each party to bear its own costs and attorneys' fees and expenses.

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

 /s/ Adam W. Poff
Adam W. Poff (No. 3990)
Robert M. Vrana (No. 5666)
Daniel G. Mackrides (No. 7230)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
apoff@ycst.com
rvrana@ycst.com
dmackrides@ycst.com

*Attorneys for Plaintiff Inpria Corporation*

MORRIS, NICHOLS, ARSHT
& TUNNELL LLP

 /s/ Rodger D. Smith
Rodger D. Smith II (#3778)
Cameron P. Clark (#6647)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19801
(302) 658-9200
rsmith@morrisnichols.com
cclark@morrisnichols.com

*Attorneys for Defendant Lam Research Corp.*

SO ORDERED this _____ day of _____, 2025.

_____
The Honorable Christopher J. Burke
United States Magistrate Judge